Jason M. Rudd, Tex. Bar No. 24028786
Catherine A. Curtis, Tex. Bar No. 24095708
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
jason.rudd@wickphillips.com
catherine.curtis@wickphillips.com

Eric J. Monzo, *pro hac vice*
**MORRIS JAMES LLP**
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6828
emonzo@morrisjames.com

**COUNSEL FOR PLAINTIFFS**

Marc J. Held, *pro hac vice*
**HELD & HINES, LLP**
4815 Avenue N
Brooklyn, NY 11234
Telephone: (212) 696-4529
mheld@heldhines.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No. 24-80069-sgj |
| § | | |
| TGI FRIDAY'S INC., *et al.*,[1] § | | Chapter 11 |
| Debtors. § | | (Jointly Administered) |
| § | | |
| JAMIE CRAMER and ALEXANDRIA § | | |
| MODUGNO, on behalf of themselves and § | | |
| all others similarly situated, § | | Adversary No. 24-08004-sgj |
| Plaintiffs, § | | |
| § | | |
| v. § | | |
| § | | |
| TGI FRIDAY'S INC., § | | |
| Defendant. § | | |

**NOTICE OF CHANGE OF ADDRESS OF MORRIS JAMES LLP**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117); TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); T G I Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Hartford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014). The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

17560218/1

**PLEASE TAKE NOTICE** that as of September 8, 2025, the mailing address of Morris James LLP ("Morris James"), counsel to the Plaintiffs, in the above-captioned matter, has changed to:

Morris James LLP
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the Northern District of Texas, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Morris James' new office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Morris James are to be directed to the new address.

Dated: October 10, 2025

Respectfully submitted,

/s/ *Eric J. Monzo*
Eric J. Monzo, *pro hac vice*
**MORRIS JAMES LLP**
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
emonzo@morrisjames.com

Jason M. Rudd, Tex. Bar No. 24028786
Catherine A. Curtis, Tex. Bar No. 24095708
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692 6255
jasonrudd@wickphillips
comcatherine.curtis@wickphillips.com

Marc J. Held, *pro hac vice*
**HELD & HINES, LLP**
4815 Avenue N

Brooklyn, NY 11234
Telephone: (212) 696-4529
Facsimile: (718) 444-5768
mheld@heldhines.com

**COUNSEL FOR PLAINTIFFS**

17560218/1