**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re:<br><br>TGI FRIDAY'S INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-80069-sgj11<br><br>(Jointly Administered) |
| JAMIE CRAMER, ALEXANDRIA MODUGNO, and ANDREW DUNKES on behalf of themselves and all others similarly situated,<br>Appellants,<br><br>v.<br><br>TGI FRIDAY'S INC.,<br>Appellee. | Adversary No. 24-08004-sgj<br><br>Civil Action No.:<br>3:25-CV-01561-K |

**STIPULATION OF DISMISSAL**

Appellants/Plaintiffs Below Jamie Cramer, Alexandria Modugno, and Andrew Dunkes, each on behalf of themselves and the claimants identified in the Complaint and Appeal, in light of the settlement reached between the parties hereto and the approval of such settlement by the Bankruptcy Court, hereby give notice that the above-captioned appeal against Appellee/Defendant Below TGI FRIDAY'S INC. be and hereby is dismissed, with prejudice, in its entirety.

Dated: July 28, 2026

**WICK PHILLIPS GOULD & MARTIN, LLP**

*/s/ Catherine A. Curtis*
Jason M. Rudd, Tex. Bar No. 24028786
Catherine A. Curtis, Tex. Bar No. 24095708
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Telephone: (214) 692-6200
Email: jason.rudd@wickphillips.com
catherine.curtis@wickphillips.com

-and-

**MORRIS JAMES LLP**
Eric J. Monzo, admitted *pro hac vice*
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19801
Telephone: (302) 888-6800
Email: emonzo@morrisjames.com

-and-

**HELD & HINES, LLP**
Marc J. Held, admitted *pro hac vice*
4815 Avenue North
Brooklyn, NY 11234
Telephone: (212) 696-4529
Email: mheld@heldhines.com

*Counsel for Appellants/Plaintiffs*

Dated: July 28, 2026

**FOLEY & LARDNER LLP**

*/s/ Zachary Zahn*
Carrie Hoffman, Tex. Bar No. 00787701
Holland N. O'Neil, Tex. Bar No. 14864700
Mark C. Moore, Tex. Bar No. 24074751
Zachary C. Zahn, Tex. Bar No. 24137675
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Email: choffman@foley.com
honeil@foley.com
mmoore@foley.com
zzahn@foley.com

-and-

**ROPES & GRAY LLP**
Chris L. Dickerson, admitted *pro hac vice*
Rahmon J. Brown, admitted *pro hac vice*
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Email: chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com

*Counsel for Debtors/Defendant*